**Electronically Filed
Supreme Court
SCPW-13-0000286
08-MAY-2013
01:35 PM**

SCPW-13-0000286

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent,

vs.

CHRIS SLAVICK, Petitioner.

ORIGINAL PROCEEDING
(Cr. No. 04-1-001534)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's petition for a writ of habeas corpus, which was filed on March 27, 2013, and the record, it appears that habeas corpus relief is available to petitioner in the circuit court and petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawai'i, May 8, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

